

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00011-CV |
| Trial Court Cause Number: | 2018-46488 |
| Style: | Richard Andert Robins |
| | **v.** Commission for Lawyer Discipline dba Texas Bar aka State Bar of Texas |
| Date motion filed*: | August 14, 2019 |
| Type of motion: | Motion for Extension of Time to File Reply Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Reply Brief |

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | July 17, 2019 |
| Number of previous extensions granted: | 1 |
| Date Requested: | 21 days |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **September 5, 2019**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____

_____

_____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually     ☐ Acting for the Court

Date: August 20, 2019